UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

        SAKHEISHVILI, NONA                       Case No. 121-40132 ESS

                 Debtor(s).

                                                                       Chapter 7

------------------------------------------------------------x

## NOTICE OF RESET OF SECTION 341 MEETING OF CREDITORS

      YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person meeting for <u>03/02/21</u> at <u>09:00am</u> will now be reset as a telephonic meeting and conducted by **telephone conference** on March 2, 2021 at 9:00 am (the Designated Meeting Time).

      All parties shall appear by phone at the section 341 in accordance with the instructions below.

### Call In Information

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

      Meeting Dial-in No: **877-707-4075**, and

      when prompted enter the Participant Code: **9004069** followed by #.

      To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

### Instructions for Testifying Debtors and Counsel

      No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the trustees with an imaged copy of the debtor's photo identification **and** proof of the debtor's social security number (Identification Documents) A copy of the Debtor's identification and proof of social security number must be provided to the trustee via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

      Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by the individual performing this function and transmitted to the trustee immediately following the meeting.

      Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents and social security number. In such situations, upon notification by the debtor and/or their counsel that they are using the alternate procedures, the trustee will administer the oath telephonically at the commencement of the 341 meeting.

Dated: February 12, 2021                                      /s/ Gregory Messer

                                                                                        Gregory Messer, Chapter 7 Trustee
                                                                                        Law Offices of Gregory Messer
                                                                                        26 Court Street, Suite 2400
                                                                                        Brooklyn, NY 11242
                                                                                        Telephone No: (718) 518-1474
                                                                                        Email: <u>gremesser@aol.com</u>